PER CURIAM.
 

 We have for review
 
 Rivera v. State,
 
 939 So.2d 1197 (Fla. 4th DCA 2006), in which the Fourth District Court of Appeal relied upon its decision in
 
 Yisrael v. State,
 
 938 So.2d 546 (Fla. 4th DCA 2006) (en banc),
 
 disapproved in part,
 
 993 So.2d 952 (Fla. 2008), and certified conflict with the First District Court of Appeal’s decision in
 
 Gray v. State,
 
 910 So.2d 867 (Fla. 1st DCA 2005). We have jurisdiction.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.
 

 We stayed proceedings in this case pending our disposition of
 
 Yisrael,
 
 in which we: (1) approved the decision of the First District in
 
 Gray,
 
 and (2) disapproved the reasoning and rule of law articulated by the Fourth District in its underlying decision, but ultimately approved the result reached by that court
 
 on other grounds. See Yisrael v. State,
 
 993 So.2d 952, 960-61 (Fla.2008). We subsequently
 
 *524
 
 issued an order directing the State to show cause why we should not exercise jurisdiction, summarily quash the decision under review, and remand for reconsideration in light of our decision in
 
 Yisrael.
 
 The State agrees that this case should be remanded for review pursuant to this Court’s decision in
 
 Yisrael.
 

 Accordingly, we grant the petition for review, quash, and remand to the Fourth District Court of Appeal for reconsideration upon application of our decision in
 
 Yisrael.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.